**UNITED STATES CASUALTY COMPANY, Appellant,**

v.

**GEORGIA SOUTHERN & FLORIDA RAILWAY COMPANY, Appellee.**

No. 17807.

United States Court of Appeals
Fifth Circuit.

Jan. 7, 1960.

Cubbedge Snow, Macon, Ga., Martin, Snow, Grant & Napier, Macon, Ga., of counsel, for appellant.

Charles J. Bloch, Ellsworth Hall, Jr., Macon, Ga., for appellee.

Before HUTCHESON, CAMERON and JONES, Circuit Judges.

PER CURIAM.

The facts of this case and the reasons for the decision of the district court fully appear in the opinion of the district judge. Georgia Southern & Florida Railway Co. v. United States Casualty Co., D.C.M.D.Ga.1959, 177 F.Supp. 751. We agree with that opinion. The judgment of the district court is

Affirmed.